UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER RYAN LUNDGREN,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. 3:26-cv-00316-CLB<br><br>**ORDER GRANTING**<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. §405(g) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will take further action to develop the administrative

record, as necessary; give further consideration to the evidence, including the medical opinion evidence, prior administrative medical findings, and Plaintiff's subjective symptom testimony; and issue a new decision.

DATED September 21, 2026

Respectfully submitted,

Dated: September 19, 2026

Law Offices of Lawrence D. Rohlfing, Inc. CPC

By: s/Marc V. Kalagian
Marc V. Kalagian
Attorney for plaintiff Christopher Ryan Lundgren
[As authorized by email September 18, 2026]

Dated: September 19, 2026

SIGAL CHATTAH
First Assistant United States Attorney

By: s/ Lindsay Beyer Payne
LINDSAY BEYER PAYNE
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy

Attorneys for Defendant

**ORDER**

Pursuant to the stipulation, IT IS SO ORDERED.

Dated: September 21, 2026

HON. CARLA BALDWIN