Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: Lstone@shookandstone.com

Attorneys for Plaintiff
Christopher Ryan Lundgren

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER RYAN LUNDGREN,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 3:26-cv-00316-CLB<br><br>**ORDER GRANTING**<br><br>REQUEST FOR ENTRY OF JUDGMENT |

TO THE HONORABLE CARLA L. BALDWIN, UNITED STATES MAGISTRATE JUDGE:

Plaintiff Christopher Ryan Lundgren, by and through his attorney of record,

///

hereby requests that the court direct the clerk to enter judgment in his favor consistent with this court's order dated September 21, 2026. (Dkt. No. 12). DATE: September 22, 2026 Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*

BY: ______________________
Marc V. Kalagian
Attorney for plaintiff Christopher Ryan Lundgren

IT IS SO ORDERED.

Dated: September 23, 2026.

______________________
UNITED STATES MAGISTRATE JUDGE